51,038-05

Julio Perez #852734
3899 S.H. 98
New Boston, Tx 75520

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015
Abel Acosta, Clerk

July 2, 2015

RE: INQUIRY
#780292-E

Dear Mr Acosta,

On 6-15-15 I received notice that my 5th application was received but have received no ruling of the same. May I have some enlightenment? I have received notice of my motion objecting to State's original answer. I ask that you provide me with an answer as to whether the writ of application received on 6-1-15 has been ruled on.

I thank you for your time in the instant matter.

Sincerely,

Julio Perez

cc: JP